**Vector Securities International**




Thomas C. Dorn
Managing Director and
Chief Operating Officer

Vector Securities International, L.L.C.
1751 Lake Cook Road, Suite 350
Deerfield, Illinois 60015

Telephone (847) 374-3805
Fax (847) 940-0819
E-mail tdorn@vectorsec.com

September 12, 2005

Northern Bankruptcy Court of California
P.O. Box 2070
Oakland, CA 94604

RE: Case Number 01-40570, Debtor – Decibel Instruments, Inc.

In 2001, Decibel Instruments, Inc. filed bankruptcy in the State of California and Vector Later-Stage Equity Fund, L.P. was listed as a creditor. It has come to our attention that when the case was settled in 2004 there was an unsuccessful attempt to deliver funds to Vector Later-Stage Equity Fund in the amount of $23,012.19. These funds were deposited with the court by the case trustee.

As Chief Financial Officer of Vector Fund Management, L.P., I would like to petition the court to release these funds. Please advise the necessary steps to begin the petition process. I can be reached at the address shown above, by telephone at 847/374-3805, or by e-mail at tdorn@vectorsec.com.

Your immediate attention to this matter is very much appreciated.

Sincerely,

*Thomas C Dorn*

Thomas C. Dorn
Chief Financial Officer

TCD:khs